PETERS, Respondent, vs. ROCK COUNTY, Appellant.

For the appellant: *John H. Matheson* of Janesville, and *Arnold, Caskey & Robson* of Beloit. .

For the respondent: *McGowan & Geffs* of Janesville.

*By the Court.*—Judgment affirmed.

HOTTENSTINE, Administratrix, Respondent, vs. SCHULTZ, Appellant.

For the appellant: *Lehner & Lehner* and *Adolph P. Lehner,* all of Oconto Falls, attorneys, and *Howard W. Eslien* and *Orville S. Luckenbach,* both of Shawano, of counsel.

For the respondent: *David H. Winter,* attorney, and *Marlin M. Volz* of counsel, both of Shawano.

*By the Court.*—Judgment affirmed.

FRONHAEFER, Respondent, vs. RICHTER, Trustee, Appellant.

For the appellant: *A. D. Sutherland* of Fond du Lac.

For the respondent: *Barber, Keefe, Patri, Stillman & Nolan* of Oshkosh.

*By the Court.*—Order affirmed.